# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: SHAWN E. LAWSON & GLENNA K. LAWSON  
1302 EAST 4TH STREET  
STERLING, IL 61081  

SSN-xxx-xx-1176 & xxx-xx-8313

Case Number: 06-71158

Case filed on: 7/3/2006  
Plan Confirmed on: 9/22/2006  

D Dismissed

Total funds received and disbursed pursuant to the plan: $8,569.00　　　Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTORNEY GARY C FLANDERS | 2,500.00 | 2,500.00 | 2,500.00 | 0.00 |
|  | Total Legal | 2,500.00 | 2,500.00 | 2,500.00 | 0.00 |
| 011 | NATIONWIDE CREDIT, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | PENTAGROUP FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | WORLDWIDE ASSET PURCHASING | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ENHANCED RECOVERY CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | DIVERSIFIED CONSULTANTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | SHAWN E. LAWSON | 0.00 | 0.00 | 92.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 92.00 | 0.00 |
| 001 | HOMECOMINGS FINANCIAL | 62,813.23 | 0.00 | 0.00 | 0.00 |
| 025 | HOMECOMINGS FINANCIAL | 600.00 | 600.00 | 600.00 | 0.00 |
|  | Total Secured | 63,413.23 | 600.00 | 600.00 | 0.00 |
| 002 | WELLS FARGO ACCEPTANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | AT&T | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ECAST SETTLEMENT CORPORATION | 7,348.22 | 7,348.22 | 1,900.70 | 0.00 |
| 005 | CAPITAL ONE | 299.89 | 299.89 | 77.57 | 0.00 |
| 006 | CAPITAL ONE | 352.41 | 352.41 | 91.15 | 0.00 |
| 007 | CARDIOVASCULAR MEDICAL PC | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CGH MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CVM | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | DIRECTV | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | GENESIS MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | PORTFOLIO RECOVERY ASSOCIATES | 6,708.33 | 6,708.33 | 1,735.19 | 0.00 |
| 015 | B-LINE LLC | 935.32 | 935.32 | 241.93 | 0.00 |
| 017 | ECAST SETTLEMENT CORPORATION | 363.34 | 363.34 | 93.99 | 0.00 |
| 018 | INFECTIOUS DISEASE GENESIS MEDICAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | MERRICK BANK | 1,005.73 | 1,005.73 | 260.14 | 0.00 |
| 021 | PULMONARY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | STERLING ROCK FALLS CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | AFNI/VERIZON WIRELESS | 851.47 | 851.47 | 220.24 | 0.00 |
| 026 | QUAD CORPORATION | 847.50 | 847.50 | 219.22 | 0.00 |
|  | Total Unsecured | 18,712.21 | 18,712.21 | 4,840.13 | 0.00 |
|  | Grand Total: | 84,625.44 | 21,812.21 | 8,032.13 | 0.00 |

Total Paid Claimant: $8,032.13  
Trustee Allowance: $536.87  
Percent Paid Unsecured: 25.87  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

　　　　/s/ Lydia S. Meyer　　　　  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL　on 01/23/2009　　　　By /s/Heather M. Fagan